UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

OSCAR TRINIDAD-RODRIGUEZ,
    Defendant.

CRIMINAL NO. 00-001(PG)

### ORDER

The United States of America having moved for additional time to respond to defendant's Sentencing Memorandum and a continuance of the Sentencing Hearing and the Court being fully satisfied, based upon the arguments presented by the government in its motion, grants the government request for additional time to respond to defendant's Sentencing Memorandum and a continuance of the Sentencing Hearing.

The Clerk is hereby ordered to file this motion and include it in the record of the case.

**IT IS HEREBY ORDERED** that the motion of the United States in the above entitled matter be granted and that the government file its response to the defendant's Sentencing Memorandum by November 4, 2005.

**IT IS FURTHER ORDERED** that the Sentencing Hearing be **continued to November 21, 2005 at 2:00 P.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 21, 2005.

JUAN M. PEREZ-GIMÉNEZ
U.S. District Judge