IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|     Plaintiff,                                        ) | |
|                                                               ) | CRIMINAL NO. 00-001 (PG) |
| v.                                                                ) | |
|                                                               ) | |
| OSCAR TRINIDAD-RODRIGUEZ    ) | |
|     Defendant                                     ) | |
| _____) | |

**ENTRY OF APPEARANCE**

**TO THE HONORABLE JUAN ME. PEREZ GIMENEZ**
**UNITED STATES DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

    **COMES NOW** the Patrick H. Hearn, Trial Attorney, United Stated Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, and respectfully enters his appearance on behalf of the government in the above captioned case.

Dated: November 4, 2005.

                                  Respectfully submitted,
                                  THOMAS PADDEN
                                  Acting Chief
                                  Narcotic and Dangerous Drug Section Criminal Division
                                  United States Department of Justice
                                  Washington, D.C.


                                  By: _____/s/_____
                                  PATRICK H. HEARN
                                  Trial Attorney
                                  Narcotic and Dangerous Drug Section
                                  Criminal Division
                                  United States Department of Justice

        10th & Constitution Avenue, N.W.
        Bond Building, ATTN: Patrick H. Hearn
        Washington, D.C. 20530
        (202) 305-7606

        Attorney for Plaintiff
        United States of America

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY the Entry of Appearance was sent to defendant's attorneys, Epifanio Morales Cruz, and Patricia Garrity via email on November 4, 2005.

        /s/
        PATRICK H. HEARN
        Trial Attorney
        U.S. Department of Justice
        Narcotic and Dangerous Drug Section
        Washington, D.C.