CR 00-03(PG)    Filed by Rec.
                11/21/05
                at 3PM

Yo quisiera expresarle
Honorable Jues que estas
pasados 5 años han sido
de reflexion y dolor para
mi y entiendo que cuando
uno comete herrores tiene
que aprender de ellos y
reflecionar y enfrentar
las consecuencias.
Le expreso tambien que yo
he sido siempre una persona
responsable, trabajador y un
buen padre de familia, y un
buen ciudadano. Que si
cometi un error en mi
vida, que no tuve vision
para ver cosas que

estaban pasando a mi alrededor porque estaba concentrado en mi deporte y acepto el castigo por ese error pero cuan sea esta centencia le pido misericordia por mi mi esposa e hijos y familia y se que Afecto vivir Yo cumpliré mi castigo pero siempre seguire siendo una persona responsable para la comunidad, un buen trabajador y un buen padre de familia y un buen ejemplo para todos y que en todo esto se haga la voluntad de Dios y no la mia - Grasias