*Certified Translation*

Cr. 001-03(PG)
Filed on 11/21/05 at 3:00 p.m.

I would like to express to you, Honorable Judge, that these past 5 years have been years of reflection and pain for me and I understand that when one makes mistakes, one must learn from them and reflect and face the consequences. I also want to express to you that I have always been a responsible, hard-working person and a good head of a household and a good citizen. That I did make a mistake in my life, that I did not have the foresight to see the things that were happening around me because I was deeply involved in my sports, and so I accept the punishment for that mistake. But when you sentence me I ask you for mercy for my wife and children and family, and I know that [illegible] affected the rest [illegible] life.

I will take my punishment, but I will always continue being a responsible person for the community, a good worker, a good head of a household, and a good example for everyone, and may God's will, and not mine, be done in all of this. Thank you.

United States District Court
For the District of Puerto Rico
-CERTIFIED-
To be a correct translation prepared by:

*Annie Flores*

Certified Court Interpreter
Administrative Office of the
United States Courts