# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:**      May 27, 2005

**DC #:**      00-001   (PG)

**APPEAL FEE PAID:**          YES ____      NO __X__

**CASE CAPTION:**          USA    v.    Rivera-Colón
                                      Defendant:    Oscar E. Trinidad-Rodríguez  (1)

**IN FORMA PAUPERIS:**      YES __X__      NO ____

**MOTIONS PENDING:**      YES ____      NO __X__

**NOTICE OF APPEAL FILED BY:**          Defendant

**APPEAL FROM:**          Amended Judgment  entered on 12/01/05

**SPECIAL COMMENTS:**      Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                      **VOLUMES:**

**Docket Entries   2,152,431,598,604-609**                                          **I**

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                      FRANCES RIOS DE MORAN
                                      Clerk of the Court


                                      S/ Xiomara Muñiz
                                      Xiomara Muñiz
                                      Deputy Clerk

Acknowledgment of Receipt:
Received By:      _____
USCCA #:         _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk