# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:     March 10, 2006

DC #:     00-001   (PG)

USCA #:   06-1045

CASE CAPTION:          USA     v.     Rivera-Colón
                       Defendant:    Oscar E. Trinidad-Rodríguez (3)

SPECIAL COMMENTS:      Original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                   **VOLUMES:**

**Docket Entry   614   (Transcript)**                                  I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:        _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk