AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 1
Case 3:00-cr-00001-PG   Document 617   Filed 07/26/2006   Page 1 of 2
(NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL ___ District of ___ PUERTO RICO

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| Oscar E. TRINIDAD-RODRIGUEZ | Case Number: 00-CR-0001-03 (PG) |
| | USM Number: 23997-018 |
| | Carlos VAZQUEZ and Epifanio MORALES |
| | Defendant's Attorney |

**Date of Original Judgment:** Aug. 16, 2001
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

X  Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐  Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐  Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐  Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐  Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐  Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐  Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or
    ☐ 18 U.S.C. § 3559(c)(7)
☐  Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
☐  pleaded guilty to count(s) ___
☐  pleaded nolo contendere to count(s) ___ which was accepted by the court.
X  was found guilty on count(s)  Two  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1956(h) 18:1956(a)(1)(B)(I) & (ii) | Conspiracy to commit money laundering - interstate commerce. | 04-26-00 | Two |

The defendant is sentenced as provided in pages 2 ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) ___
☐  Count(s) ___ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 21, 2005
Date of Imposition of Judgment

s/Juan M. Pérez-Giménez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, US District Judge
Name and Title of Judge

November 21, 2005
Date



AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment
Case 3:00-cr-00001-PG   Document 617   Filed 07/26/2006   Page 2 of 2
(NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 5

DEFENDANT: Oscar E. TRINIDAD-RODRIGUEZ
CASE NUMBER: 00 CR 0001-03 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term **FORTY-ONE (41) MONTHS.**

X   The court makes the following recommendations to the Bureau of Prisons:
If the defendant qualifies, that he be designated to serve his sentence at an institution in Pensacola or Eglin in the state of Florida.

The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   X as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __6/30/06__ to __FPC__

a __Pensacola FL__ with a certified copy of this judgment.

_Donald F Bauknecht Warden_
~~UNITED STATES MARSHAL~~

By _Judithwise LE_
DEPUTY ~~UNITED STATES~~ MARSHAL