IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
*Plaintiff*,

v

OSCAR TRINIDAD-RODRIGUEZ,
*Defendant*.

CRIMINAL NO.  00-001 (PG)

## MOTION REQUESTING RELEASE OF APPEARANCE BOND

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW,** the defendant, Oscar Trinidad-Rodríguez, represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned counsel, and very respectfully states, alleges and prays as follows:

1. On January 14, 2000, the Defendant was released on a TWO THOUSAND DOLLARS ($2,000) cash bond, posted by Mrs. Dimna Crespo, receipt No. 106328. (Docket Entry No. 44).

2. On November 21, 2005, this Honorable Court re-sentenced the defendant, Oscar Trinidad-Rodríguez, to an imprisonment term of 41 months, a supervised release term of three (3) years, and a special monetary assessment of $100.00. (Docket Entry No. 605).

3. Given the above, it is requested that the Court order the release of the cash bond and returns to Mrs. Dimna Crespo.

U.S. v. Oscar Trinidad-Rodríguez                                                                        -2-
Crim. No.  00-001

**WHEREFORE,** it is respectfully requested that the Court Order the release of the cash bond to Ms. Dimna Crespo.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of October, 2006.

                                                **JOSEPH C. LAWS, JR.**
                                                **Federal Public Defender**
                                                **District of Puerto Rico**

                                                *S/Carlos A. Vázquez-Alvarez*
                                                **CARLOS A. VÁZQUEZ-ALVAREZ**
                                                **USDC-PR 206903**
                                                **A.F.P.D. for Defendant**
                                                **241 Franklin D. Roosevelt Avenue**
                                                **Hato Rey, PR  00918-2441**
                                                **Tel. (787) 281-4922 / Fax (787) 281-4899**
                                                **E-mail :** carlos_vazquez@fd.org