# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:          October 13, 2006

DC #:           00-001   (PG)

USCA #:       06-1045

CASE CAPTION:            USA    v.    Rivera-Colón
                         Defendant:    Oscar E. Trinidad-Rodríguez  (3)

SPECIAL COMMENTS:       Copy of original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                 **VOLUMES:**

**Docket Entry   409   (PSR)**                                         I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                             FRANCES RIOS DE MORAN
                                             Clerk of the Court


                                             S/ Xiomara Muñiz
                                             Xiomara Muñíz
                                             Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:          _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk