IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA,

Plaintiff,

v.                                              CRIM. NO. 00-001 (PG)

UBALDO RIVERA COLON, Et, al.

Defendant.

## ORDER TO SET ASIDE FINAL ORDER OF FORFEITURE

WHEREAS, on May 23, 2003, the court entered a Preliminary Order of forfeiture , with

respect the following property:

ONE URBAN APARTMENT #301, CONDOMINIUM CAPARRA CLASSIC,
ORTEGON STREET, GUAYNABO P.R. MORE FULLY DESCRIBED AT THE
PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS
FOLLOWS:

PROPIEDAD HORIZONTAL: Unidad designada #301, localizada en el piso 3,
tercer nivel del Condominio Caparra Classic, ubicado en el Barrio Pueblo Viejode
Guaynabo, Puerto Rico. Esta unidad tiene un area neta privada de
aproximadamente 3,516.00 equivalentes a 326.77 metros cuadrados. Colinda por
el Norte:en una distancia de 65' con pared exterior del edificio;Sur: en una
distancia de 64'10 en parte con la unidad designada #302 y en parte con vestibulo
del piso con pared colindante con conducto al ascensor y con pared colindante con
escalera del edificio; Este: en distancia de 65'7, con pared exterior del edificio; y
por el OESTE: en distancia de 65'7, con pared exterior del edifici. Consta de un
antesala, por donde tiene su entrada principal, un medio bano, una sala, un
comedor, una terraza que queda al Este del edificio, una terraza que queda al
Oeste del edificio, un cuarto de maquina de los aires acondicionados, un linen
closet, una lavandería cuatro dormitorios cada uno con un cuarto de bano, y un
salon familiar consistente de una unidad con divisiones interiores, la cual tiene
acceso alpasillo comun a traves de su puerta principal.

ORIGEN: Finca #35,178, inscrita al folio 292 del tomo 984 de Guaynabo, inscripción
1ra.

PROPIETARIO REGISTRAL: Lourdes Colon Ortiz

WHEREAS, the 2. That in April, 2004 the parties reached a Stipulation for Compromise Settlement that in exchange for the dismissal of the action against the defendant property, claimant Lourdes Colón agreed to paid the United States the amount of $122,500.00. At the moment of signing the aforementioned document claimant tendered the United States a check payable to the United States Department of Justice.

WHEREAS, based on the present circumstances the United States requests to set aside the May 23, 2003 Preliminary Order of Forfeiture as to the described property.

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the following property, which is the subject of this Order, be set aside of the Preliminary Order of Forfeiture entered by this Court on May 23, 2003.

ONE URBAN APARTMENT #301, CONDOMINIUM CAPARRA CLASSIC, ORTEGON STREET, GUAYNABO P.R. MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:

PROPIEDAD HORIZONTAL: Unidad designada #301, localizada en el piso 3, tercer nivel del Condominio Caparra Classic, ubicado en el Barrio Pueblo Viejode Guaynabo, Puerto Rico. Esta unidad tiene un area neta privada de aproximadamente 3,516.00 equivalentes a 326.77 metros cuadrados. Colinda por el Norte:en una distancia de 65' con pared exterior del edificio;Sur: en una distancia de 64'10 en parte con la unidad designada #302 y en parte con vestibulo del piso con pared colindante con conducto al ascensor y con pared colindante con escalera del edificio; Este: en distancia de 65'7, con pared exterior del edificio; y por el OESTE: en distancia de 65'7, con pared exterior del edifici. Consta de un antesala, por donde tiene su entrada principal, un medio bano, una sala, un comedor, una terraza que queda al Este del edificio, una terraza que queda al Oeste del edificio, un cuarto de maquina de los aires acondicionados, un linen closet, una lavandería cuatro dormitorios cada uno con un cuarto de bano, y un salon familiar consistente de una unidad con divisiones interiores, la cual tiene acceso alpasillo comun a traves de su puerta principal.

2

ORDER TO SET ASIDE
FINAL ORDER OF FORFEITURE
CRIM. NO. 00-001 (PG)

ORIGEN: Finca #35,178, inscrita al folio 292 del tomo 984 de Guaynabo, inscripción 1ra.

PROPIETARIO REGISTRAL: Lourdes Colon Ortiz

2. That the Property Registrar for the pertinent sections of the Registry of Property of the Commonwealth of Puerto Rico set aside the forfeiture inscription of the above property.

The Clerk is hereby directed to send **certified copies** of this Order to all counsel of record and the United States Marshal's Service.

SO ORDERED.

In San Juan, Puerto Rico, this 7th day of August, 2007.

_Juan M. Pérez Giménez_
JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE

3